William H. Condon, Appellant, v. Darius O. Mills, Respondent.— Appeal from a judgment in favor of the defendant rendered in the Municipal Court of the city of New York, third district, borough of Manhattan. W. H. Condon, for appellant; no appearance for respondent. Judgment affirmed, with costs. No opinion.

Luke Carlin, Respondent, v. Jacob Van Cltef et al., Appellants.— Appeal from a judgment in favor of the plaintiff, rendered in the Municipal Court of the City of New York, tenth district, borough of Manhattan. L. Sanders, for appellant; J. E. Smith, for respondent. Judgment affirmed, with costs. No opinion.

## CITY COURT OF NEW YORK — GENERAL TERM, DECEMBER, 1900.

### BEFORE O'DWYER AND SCHUCHMAN, JJ.

The Mutual Bank, Respondent, v. Robert Beggs et al., Appellants.— Appeal from a judgment in favor of the plaintiff against the defendants, entered upon a verdict directed by the court. Isaac N. Miller, for appellants; McCrea, Sommerville & Taylor (George H. Taylor, Jr., of counsel), for respondent. Judgment and order appealed from affirmed, with costs. No opinion.

The Swarzchild & Sulzberger Company, Respondent, v. Henry G. Koeppler, Appellant.— Appeal from an order denying a motion for a new trial made upon the judge's minutes. Oscar Richter (Henry Cooper, of counsel), for appellant; Hays, Greenbaum & Hershfield, for respondent. Order appealed from affirmed, with costs. No opinion.

## CITY COURT OF NEW YORK — GENERAL TERM, JANUARY, 1901.

### BEFORE FITZSIMONS, CH. J., O'DWYER AND HASCALL, JJ.

Mike Lakner, Respondent, v. Julia M. Goggill et al., Appellants.— Appeal by defendant Fried from a judgment of the City Court of the City of New York, in favor of plaintiff. Joseph I. Green, for appellants; Albert I. Sire, for respondent. Judgment affirmed, with costs. No opinion.

### BEFORE FITZSIMONS, CH. J., AND O'DWYER, J.

Jacob Samak, Respondent, v. Maurice L. Muhleman et al., Appellants.— Appeal from a judgment of the City Court of the City of New York in favor of plaintiff and from an order denying a motion for a new trial. Jacob Brenner, for appellants; Nichols & Bacon (Alexander S. Bacon, of counsel), for respondent. Judgment affirmed, with costs. No opinion.